UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:02-cr-12 -001 |
| | ) | Judge Edgar |
| CLARENCE CLARK | ) | |

## **ORDER**

Defendant's motion to reconsider sentence [Doc. No. 39] is **DENIED**.

SO ORDERED.

ENTER this the 2nd day of October, 2008.

  */s/ R. Allan Edgar*
R. ALLAN EDGAR
UNITED STATES DISTRICT JUDGE